1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUIS FERNANDO OLIVEREZ-MARTINEZ,<br><br>　　　　　Defendant. | Case No.: 22-CR-2750-RSH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

　　The United States' Motion to Dismiss the Indictment (ECF No. 15) is hereby GRANTED.  The Indictment is DISMISSED without prejudice.

　　**IT IS SO ORDERED.**

DATED:  2/13/2022

_Robert S. Huie_
HON. ROBERT S. HUIE
United States District Judge